IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ENNIS LEE BROWN,

    Petitioner,

  v.                                          Case No. 20-cv-398-wmc

GARY BOUGHTON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

4/5/2021
Date